BUNDY V. WILLIAMS, EXECUTOR OF JOHN WILLIAMS.

Action on a joint covenant survives against the surviving covenantor.

ACTION upon the covenants in a deed, declaring that on the 1st of June A. D. 1760, said John Williams, Hezekiah Sabin and Mary Sabin were administrators on the estate of Noah Sabin deceased; that pursuant to a resolve of the general assembly, they sold a certain piece of land belonging to the estate of said Noah to John Eaton, for £2 10s. lawful money, and in and by their deed executed to said Eaton of said land, they covenanted that they were well seized and had good right to sell the same as the estate of said Noah, and warranted the same to said Eaton, his heirs and assigns; that said Eaton sold and conveyed said land by deed to      Wheaton with like covenants of seisin and warranty, and said Wheaton, by deed with like covenants sold and conveyed said land to the plaintiff; that the plaintiff had been evicted of said land in a due course of law, by the heirs of Noah Sabin; that said Hezekiah Sabin died before the year A. D. 1762; that said John Williams died in A. D. 1766 and left a plentiful estate, of whose last will the defendant is executor; that the said Mary was also dead and had left no estate, executor or administrator.

The defendant demurred to the declaration.

Judgment — That the declaration is insufficient. Although in chancery the plaintiff's remedy is against all the adminis-

trators who joined in the covenants, yet the legal remedy survives only against the surviving covenantor and her legal representative.

Query — The reason why the remedy in such case ought not to be the same at law as in chancery.